**SO ORDERED.**

Dated: August 17, 2009



REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

---

Space Above this Line for Court Use Only

Vincent R. Mayr (013954)
**LAW OFFICES OF VINCENT R. MAYR, LTD.**
222 S. Power Rd., # 204
Mesa, Arizona 85206
Phone: (480) 507-0859  Fax: (602) 296-0245
email: vrenem@peoplepc.com
Attorneys for Creditor CHASE BANK USA, N.A.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| DARRELL N. WORLEY | Case No. **2:08-bk-15248-RTB** |
| **Debtor.** | Adv. Proc. No: 2:09-ap-00108-RTB |
| CHASE BANK USA, N.A. | **STIPULATED JUDGMENT** |
| Plaintiff. | (Non-Dischargeability) |
| v. | Status Hearing Set for: August 4, 2009 at 1:30 P.M. |
| DARRELL N. WORLEY, | |
| Defendant. | |

Upon consideration of the stipulation between Chase Bank USA, N.A. ("Chase") and Darrell N. Worley ("debtor"), evidenced by the signatures below,

The Court finds and concludes as follows:

1. Debtor owes Chase the sum of $ 1,295.97 under account number 4147-2010-0720-4233.

2. Of the sum of $1,295.97, the amount of $1,295.97 is not dischargeable as to debtor pursuant to 11 U.S.C. § 523(a)(6).

3. Chase has incurred filing fees of $250.00 for the filing of the adversary complaint.

4. Chase has agreed to (i) refrain from collection on this judgment and (ii) forgo interest on this judgment, provided that the Debtor makes an initial payment of $100.00 by August 1, 2009, followed by fourteen payments of $100.00 from September 1, 2009 through October 1, 2010, and one final payment of $45.97 by November 1, 2010.

5. Debtor shall make payments payable to "Law Offices Of Vincent Mayr Trust Account" and send payments to:

Law Offices of Vincent R. Mayr, Ltd.
222 S. POWER RD.,
SUITE # 204, MESA, ARIZONA 85206.

6. In the event that the Debtor becomes delinquent on the above payments, Plaintiff shall provide Debtor with written notice of default and ten days to cure said default before recording or executing upon this judgment.

7. Should Debtor fail to make the payments described above, then Debtor shall be responsible for the principal balance of $1,295.97, and court fees of $250.00, minus all payments made, plus interest at the rate of ten per cent per annum from the date of entry of the judgment.

8. If the Debtor fails to pay this judgment as agreed, and fails to cure, Chase may exercise any and all rights available to it under state law, and shall be entitled to recover interest on the judgment from the date of entry at the rate of ten percent (10%) per annum.

NOW, THEREFORE, the court grants judgment as follows:

1. In favor of Chase, and against debtor Darrell N. Worley, in the amount of $1,295.97, plus court costs of $250.00, with payments and provisions as set forth above.

2. Approving the repayment agreement outlined above.

3. The status hearing set in this matter for August 4, 2009 at 1:30 P.M. is hereby vacated.

SO ORDERED

**THE HONORABLE REDFIELD T. BAUM**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

APPROVED AS TO FORM AND CONTENT:

/S/ _____
Darrell N. Worley
Debtor

JOSEPH W. CHARLES, P.C.

/S/ _____
Joseph W. Charles, Esq.
5704 West Palmaire Avenue
Glendale, AZ 85311-1737
Attorney for Debtor
Darrell N. Worley

LAW OFFICES OF
VINCENT R. MAYR, LTD.

/S/ VRM 013954
Vincent R. Mayr, Esq.
222 S. Power Rd., # 204
Mesa, AZ 85206
Attorney for Creditor Chase Bank USA, N.A.