UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:08−bk−15248−RTB

DARRELL NEAL WORLEY and MARIA CARMEN WORLEY  Chapter: 7
*Debtor(s)*

CHASE BANK USA, N.A.  Adversary No.: 2:09−ap−00108−RTB
*Plaintiff(s)*

*v.*

DARRELL NEAL WORLEY
*Defendant(s)*

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on 8/17/09, the Court entered the attached judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: August 18, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: durant              Page 1 of 1                    Date Rcvd: Aug 18, 2009
Case: 09-00108                Form ID: advntry          Total Noticed: 4

The following entities were noticed by first class mail on Aug 20, 2009.
aty           JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ   85311-1737
ust          +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
               PHOENIX, AZ 85003-1725
pla          +CHASE BANK USA, N.A.,    C/O VINCENT R. MAYR, ESQ.,    222 S. POWER RD., SUITE # 204,
               MESA, AZ 85206-5200
dft          +DARRELL NEAL WORLEY,    18479 WEST SAN CARLOS DRIVE,    GOODYEAR, AZ 85338-5606

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                    **Signature:**     *Joseph Speetjens*